KAMALA D. HARRIS
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
VIRGINIA I. PAPAN
Deputy Attorney General
State Bar No. 143659
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5956
 Fax:  (415) 703-5843
 E-mail:  Gina.Papan@doj.ca.gov
*Attorneys for Defendants*
*M. Sensi, R.T.C. Grounds, V. C. Munk,*
*G. Ellis, and R. Mack*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ALONZO SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**R. T. C. Grounds, et al.,**<br><br>Defendants. | C 13-0246 PJH (PR)<br><br>**DEFENDANTS' REQUEST FOR SCREENING OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge:   The Hon. Phyllis J. Hamilton<br><br>Action Filed: January 17, 2013 |

TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants, M. Sensi, R.T.C. Grounds, V. C. Munk, G. Ellis, and R. Mack (Defendants) request that the Court screen the First Amended Complaint, filed May 2, 2013, under 28 U.S.C. § 1915A(a).

**BACKGROUND**

On May 2, 2013, counsel for Plaintiff Alonzo Smith, a state prisoner, filed a civil-rights Complaint against eight named Defendants and Does Nos. 1-20, alleging violations of the Eighth

1

1  Amendment to the United States Constitution. (Am. Compl., ECF No. 21.) Counsel for Plaintiff
2  served six Defendants. Five Defendants, M. Sensi, R.T.C. Grounds, V. C. Munk, G. Ellis, and R.
3  Mack acknowledged service and filed a waiver of reply. The sixth Defendant, J. Wittenberg, is
4  represented by Barrabee, Abel & Kowalski, P.C.

5        Plaintiff's First Amended Complaint (FAC), asserts legal conclusions without facts that
6  show each individual Defendant was personally involved in the deprivation of his civil rights.
7  Plaintiff's FAC provides no supporting factual documentation. Further, Plaintiff's FAC fails to
8  assert that he exhausted available administrative remedies. The Prison Litigation Reform Act of
9  1995 (PLRA) mandates that inmates exhaust available administrative remedies before bringing
10 suit under federal laws. 42 U.S.C. § 1997e(a); *see also Porter v. Nussle*, 534 U.S. 516, 524
11 (2002). To that end, Plaintiff's failure to provide any information regarding exhaustion suggests
12 he filed suit without exhausting administrative remedies.

13 **REQUEST FOR SCREENING**

14       Defendants are entitled to have the Court screen Plaintiff's First Amended Complaint
15 before Defendants are required to respond. The Prison Litigation Reform Act (PLRA) provides
16 that a Federal court must engage in a preliminary screening of cases in which prisoners seek
17 redress from a governmental officer or employee of a governmental entity. 28 U.S.C. §
18 1915A(a). Upon such review, the Court shall identify cognizable claims or dismiss any portion of
19 the complaint, if the complaint "is frivolous, malicious, or fails to state claim upon which relief
20 may be granted," or "seeks monetary relief from a defendant who is immune from such relief."
21 *Id.* § 1915A(b). According to this statue, Defendants, M. Sensi, R.T.C. Grounds, V. C. Munk, G.
22 Ellis, and R. Mack respectfully request that the Court screen Plaintiff's First Amended Complaint
23 to identify any cognizable claims and dismiss those allegation that fail to state a claim.
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2

Defs.' Req. Screening Order      *Alonzo Smith v. R.T.C. Grounds, et al.* (C 13-0246 PJH (PR))

**CONCLUSION**

Defendants' motion to screen Plaintiff's First Amended Complaint should be granted so that the Court can dismiss the portions of Plaintiff's complaint that are frivolous, malicious, or fail to state claim upon which relief may be granted.

Dated:  October 3, 2013               Respectfully submitted,

                                      KAMALA D. HARRIS
                                      Attorney General of California
                                      DAMON G. MCCLAIN
                                      Supervising Deputy Attorney General


                                      */s/ Virginia I. Papan*
                                      VIRGINIA I. PAPAN
                                      Deputy Attorney General
                                      *Attorneys for Defendants*
                                      *M. Sensi, R.T.C. Grounds,*
                                      *V. C. Munk, G. Ellis, and R. Mack*

SF2013206123
40784426.doc

3

Defs.' Req. Screening Order                *Alonzo Smith v. R.T.C. Grounds, et al.*  (C 13-0246 PJH (PR))

# CERTIFICATE OF SERVICE

Case Name:   **Smith v. Grounds, et al.**                    Case No.   **C 13-0246 PJH (PR)**

I hereby certify that on <u>October 3, 2013</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' REQUEST FOR SCREENING OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 3, 2013</u>, at San Francisco, California.

|                       |                       |
|-----------------------|-----------------------|
| M. Xiang              | /s/ M. Xiang          |
| Declarant             | Signature             |

40784635.doc