1  KAMALA D. HARRIS
   Attorney General of California
2  MARISA Y. KIRSCHENBAUER
   Supervising Deputy Attorney General
3  PREETI K. BAJWA
   Deputy Attorney General
4  State Bar No. 232484
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-1621
6   Fax:  (415) 703-5843
    E-mail:  Preeti.Bajwa@doj.ca.gov
7  *Attorneys for Defendants*
   *R. Grounds, W. Muniz, V. Munk, J. Wittenberg, G.*
8  *Ellis and R. Mack*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ALONZO SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**R. T. C. Grounds, et al.,**<br><br>Defendants. | C 13-0246 VC (PR)<br><br>**STIPULATION FOR SUBSTITUTION OF WARDEN MUNIZ AND DISMISSAL OF DEFENDANT GROUNDS**<br><br>Judge:           The Honorable Vince Chhabria<br>Trial Date:    July 13, 2015<br>Action Filed: January 17, 2013 |

/ / /

/ / /

/ / /

1

Pursuant to Federal Rule of Civil Procedure 25(d), the parties hereby stipulate to the automatic substitution of Warden W. Muniz for (ret) Warden R. Grounds.  Grounds is hereby dismissed from this action.

It is so stipulated.

Dated: July 2, 2014

/s/ Neil Satterlund
Neil Satterlund
Siegel & Yee
Attorneys for Plaintiff Alonzo Smith

Dated: July 2, 2014

/s/ Preeti K Bajwa
PREETI K. BAJWA
Deputy Attorney General
Attorney for Defendants Grounds, Muniz, Munk, Ellis, Wittenberg, and Mack

In accordance with the parties' stipulation, Warden W. Muniz is substituted for (ret) Warden R. Grounds.  Grounds is dismissed from this action with prejudice.

**IT IS SO ORDERED.**

Dated:  August 11         , 2014

IT IS SO ORDERED
Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SF2013206123
41011377.doc

2

## ***Unknown: ***CERTIFICATE OF SERVICE

Case Name:   **Smith v. Grounds, et al.**          No.   **C 13-0246 VC (PR)**

I hereby certify that on July 3, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR SUBSTITUTION OF WARDEN MUNIZ AND DISMISSAL OF DEFENDANT GROUNDS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 3, 2014, at San Francisco, California.

|  R. Caoile | s/ R. Caoile |
|---|---|
| Declarant | Signature |

SF2013206123
41012522.doc