| | |
|---|---|
| 1  KAMALA D. HARRIS<br>    Attorney General of California<br>2  MARISA Y. KIRSCHENBAUER<br>    Supervising Deputy Attorney General<br>3  PREETI K. BAJWA<br>    Deputy Attorney General<br>4  State Bar No. 232484<br>     455 Golden Gate Avenue, Suite 11000<br>5    San Francisco, CA  94102-7004<br>     Telephone:  (415) 703-1621<br>6    Fax:  (415) 703-5843<br>     E-mail:  Preeti.Bajwa@doj.ca.gov<br>7  *Attorneys for Defendants*<br>   *V. MUNK, W. MUNIZ R. MACK, AND*<br>8  *J. WITTENBERG* | DAN SIEGEL, SBN 56400<br>NEIL COLIN SATTERLUND, SBN 286673<br>SIEGEL & YEE<br>499 14th Street, Suite 300<br>Oakland, California 94612<br>Telephone: (510) 839-1200<br>Fax: (510) 444-6698<br>DENNIS CUNNINGHAM<br>Law Office of Dennis Cunningham<br>115-A Bartlett Street<br>San Francisco, CA 94110<br>Telephone: 415-285-8091<br>Fax: 415-285-8092<br>Attorneys for Plaintiff<br>   ALONZO SMITH |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALONZO SMITH,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**W. MUNIZ, et al.,**<br><br>                              Defendants. | C 13-0246 VC (PR)<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO INDEPENDENT MEDICAL<br>EXAMINATION OF PLAINTIFF**<br><br>Judge:        The Honorable Vince Chhabria<br><br>Action Filed:  January 17, 2013 |

/ / /

/ / /

/ / /

1

Stip. And Prop. Order for IME(C 13-0246 VC (PR))

The Parties having met and conferred stipulate to the independent medical examination of Plaintiff Alonzo Smith to take place on Friday October 24, 2014, at Salinas Valley State Prison, at a mutually convenient time to be determined by the Parties and Salinas Valley State Prison, by defendants' expert witness, Dr. Stephen Connelly.  The independent medical examination will include, but not limited to, a questionnaire screening, and a physical examination of Plaintiff, including but not limited to examination of the mandibular openings, muscle and joint palpitations, and joint sounds evaluation. The examination will be exclusively concerned with Plaintiff's physical condition.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  October 3, 2014                        Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General

/S/ **PREETI K. BAJWA**_____
PREETI K. BAJWA
Deputy Attorney General
Attorneys for Defendants
Muniz, Munk, Mack, and Wittenberg

SIEGEL & YEE
And
THE LAW OFFICES OF DENNIS CUNNINGHAM

/s/ *Neil Colin Satterlund*_____
NEIL COLIN SATTERLUND,
Attorneys for Plaintiff
Alonzo Smith

THE LAW OFFICES OF NANCY HUDGINS

/s/ *Matt Grigg*_____
MATT GRIGG,
Attorneys for Defendant,
G. Ellis

2

Stip. And Prop. Order for IME(C 13-0246 VC (PR))

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: October 8, 2014  _____
VINCE CHHABRIA
United States District Judge

SF2013206123
41097244.doc

3

Stip. And Prop. Order for IME(C 13-0246 VC (PR))