UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD MACK, et al.,<br><br>    Defendants. | Case No. 13-cv-00246-VC<br><br>**ORDER DENYING STIPULATION FOR PAGE EXTENSION AND DENYING MOTION FOR TELEPHONE CALL**<br><br>Re: Dkt. Nos. 79, 84 |

The plaintiff's motion for confidential phone call privileges is denied.

The stipulation for an extension of page lengths is denied. The defendant must refile a summary judgment brief, due by 12 p.m. on Tuesday, March 3, which complies with paragraph 24 of the Court's standing order. The plaintiff must also abide by the Court's standing order in its opposition brief.

**IT IS SO ORDERED.**

Dated: February 27, 2015

_____
Vince Chhabria
United States District Judge