UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALONZO SMITH,

            Plaintiff,

    v.

RICHARD MACK, et al.,

           Defendants.

Case No.  13-cv-00246-VC

**ORDER RE MOTION TO CERTIFY DEFENEDANTS' APPEAL AS FRIVOLOUS**

Re: Dkt. No. 145

      The motion to certify the appeal as frivolous is denied.

      **IT IS SO ORDERED.**

Dated: July 31, 2015

_____
VINCE CHHABRIA
United States District Judge