UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALONZO SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD MACK, et al.,<br><br>    Defendants. | Case No. 13-cv-00246-VC (NJV)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM, SETTING STATUS CONFERENCE AND REQUIRING MEET AND CONFER**<br><br>Re: Dkt. No. 148 |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled in this case for 10:30 a.m. on September 23, 2015. The settlement conference will be conducted via video conferencing, with Counsel appearing from Courtroom D on the 15th floor of the United States Courthouse in San Francisco, and the Court appearing from Eureka. Plaintiff's counsel shall make his client available by telephone. Plaintiff shall call into the settlement conference by dialing 888-684-8852 and entering access code 1868782.

Counsel are ORDERED to meet and confer telephonically to discuss settlement of this case. The legal representative of the CDCR must be present at this telephonic meeting.

The matter is HEREBY SET for a telephonic status conference on September 8, 2015 at 1:00 p.m. The parties shall dial 888-684-8852, enter access code 1868782. At the status conference, the parties shall report on the outcome of their meeting regarding settlement.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case. A person who needs to call another person not present before agreeing to any settlement does not have full authority. To the extent that such

consultations are necessary, they must be made in advance of the settlement conference.

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than September 16, 2015. The parties shall report on the outcome of their settlement discussions in their settlement conference statements.

Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date. Requests to vacate the settlement referral must be made to the referring Judge, not Magistrate Judge Vadas.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

**IT IS SO ORDERED**.

Dated: August 18, 2015

NANDOR J. VADAS
United States Magistrate Judge