FILED

AUG 15 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALONZO SMITH,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>RICHARD MACK, MD; et al.,<br><br>  Defendants,<br><br>and<br><br>G. ELLIS, CEO Medical,<br><br>  Defendant - Appellant. | No. 15-16441<br><br>D.C. No. 3:13-cv-00246-VC<br>Northern District of California,<br>San Francisco |

Pursuant to the parties' stipulated motion (Docket Entry 26), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

              FOR THE COURT

              By: Margaret A. Corrigan
              Circuit Mediator

MAC/Mediation